UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| The United States of America on behalf of Jerome Addison, # 243778, ) | C/A No. 2:10-2992-HFF |
| Plaintiff, ) | |
| ) | Order |
| vs. ) | |
| Det. Sgt. Stephen Wright, City of Charleston Police Dept., Ruben Greenburg Chief of Police ) | |
| Defendants. ) | |

Plaintiff is a prisoner at Lieber Correctional Institution in Ridgeville, South Carolina, who, proceeding *pro se,* filed a complaint concerning prison conditions pursuant to 42 U.S.C. § 1983. By Order dated December 14, 2010, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Specifically, Plaintiff was instructed to provide service documents and a completed Court-approved complaint form. Plaintiff was warned that failure to provide the necessary information within the timetable set in the Order would subject the case to dismissal. Plaintiff did not respond to the order and the time for response has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court. The case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash Railroad Company*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

/s/ Henry F. Floyd
United States District Judge

February 3, 2011
Spartanburg, South Carolina

*****
**NOTICE OF RIGHT TO APPEAL**
The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.