AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| The United States of America on behalf of Jerome Addison, #243778 ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   2:10-2992-HFF |
| Det. Sgt. Stephen Wright, City of Charleston Police Dept., Ruben Greenburg Chief of Police ) | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. The plaintiff shall take nothing on his complaint filed pursuant to Title 42 U. S. C. § 1983.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry F. Floyd, United States District Judge.

Date:  February 4, 2011                         *CLERK OF COURT*   Larry W. Propes

                                                                *Deputy Clerk*